# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00544-CR

**Miguel Radilla-Esquivel, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-13-301688, THE HONORABLE BOB PERKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due in this cause on February 20, 2015. The time for filing the brief was extended three times on counsel's motion, including one request that followed an overdue brief notice sent by this Court. On June 2, 2015, in granting the third motion, this Court ordered counsel to tender a brief on appellant's behalf no later than June 22, 2015. We further advised counsel that no further extensions would be granted and cautioned counsel that the failure to file the brief by that date could result in counsel being called before this Court to show cause why he should not be held in contempt for violating the order.

Counsel did not tender the brief for filing; counsel filed a fourth motion requesting an additional 30-day extension. Counsel's fourth motion for extension is denied. Counsel is ordered to tender a brief in this cause no later than July 9, 2015. The failure to file the brief by that date will

result in counsel being called before this Court to show cause why he should not be held in contempt for violating this order, and the cause will be abated with instructions to the trial court to appoint substitute counsel to represent appellant in this appeal.

It is so ordered on this the 25th day of June, 2015.


Before Justices Puryear, Pemberton, and Bourland

Do Not Publish

2